# United States District Court

EASTERN DISTRICT OF WISCONSIN

NICHOLAS J. LAUMANN,
      Plaintiff,

    v.

DR. HEIDORN, et. al.,
      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 07C1046

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is DISMISSED.

September 21, 2009
Date

Jon W. Sanfilippo
Clerk

/s
(By) Deputy Clerk